UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TERESA CURRIA,<br>Plaintiff, | : | |
| v. | : | CA 06-266 ML |
| BLUE CROSS & BLUE SHIELD OF RHODE ISLAND; MASSMUTUAL BENEFITS MANAGEMENT, INC.; MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; AND MASSMUTUAL FINANCIAL GROUP,<br>Defendants. | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
May 31, 2006

BY ORDER:

Deputy Clerk