UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TERESA CURRIA,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS & BLUE SHIELD OF RHODE ISLAND; MASSMUTUAL BENEFITS MANAGEMENT, INC.; MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; AND MASSMUTUAL FINANCIAL GROUP,<br><br>Defendants. | C.A. No. 06-266ML |

**STIPULATION**

Upon agreement of the parties, Defendants Massachusetts Mutual Life Insurance Company and MassMutual Financial Group may answer or otherwise respond to the Complaint of the Plaintiff on or before November 1, 2006.

THERESA CURRIA

By her Attorneys,

Stephen T. Fanning (ACB)

Stephen T. Fanning (#3900)
LAW OFFICE OF STEPHEN T. FANNING
305 South Main Street
Providence, RI 02903
(401) 272-8250
(401) 272-4520 (fax)
sfanning@msn.com

MASSACHUTTS MUTUAL LIFE INSURANCE COMPANY and MASSMUTUAL FINANCIAL GROUP

By their Attorneys,

Stephen M. Prignano (#3649)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
sprignano@eapdlaw.com

Dated: October 2, 2006