UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TERESA CURRIA,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS & BLUE SHIELD OF RHODE ISLAND; MASSMUTUAL BENEFITS MANAGEMENT, INC.; MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; AND MASSMUTUAL FINANCIAL GROUP,<br><br>Defendants. | : | C.A. No. 06-266ML |

**ENTRY OF APPEARANCE**

I, Stephen M. Prignano, hereby enter my appearance on behalf of Defendant MassMutual Benefits Management, Inc. in the above-referenced matter.

MASSMUTUAL BENEFITS MANAGEMENT, INC.

By its Attorneys,

/s/ Stephen M. Prignano

Stephen M. Prignano (#3649)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
sprignano@eapdlaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 5th day of October, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

Stephen T. Fanning, Esq.
Law Office of Stephen T. Fanning
305 South Main Street
Providence, RI 02903
stephenfanning@msn.com

/s/ Stephen M. Prignano
Stephen M. Prignano