UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TERESA CURRIA,<br>Plaintiff,<br><br>v.<br><br>BLUE CROSS & BLUE SHIELD OF RHODE ISLAND; MASSMUTUAL BENEFITS MANAGEMENT, INC.; MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; AND MASSMUTUAL FINANCIAL GROUP | ) | C.A. NO. 06-266-ML |

**STIPULATION**

It is hereby stipulated and agreed by and between the parties, that Defendant Blue Cross & Blue Shield of Rhode Island shall have an extension of time up to and including Monday, November 13, 2006 in which to respond to the Complaint in the above-captioned matter.

PLAINTIFF, TERESA CURRIA,

By her attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning (#3900)
305 South Main Street
Providence, RI 02903
Tel. (401) 272-8250
Fax. (401) 272-4520

DEFENDANT, BLUE CROSS & BLUE SHIELD OF RHODE ISLAND,

By its attorney,

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Nixon Peabody LLP
One Citizens Plaza – 5th Floor
Providence, RI 02903
Tel. (401) 454-1019
Fax. (401) 454-1030

Dated: October 20, 2006