UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TERESA CURRIA<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS & BLUE SHIELD OF RHODE ISLAND; MASSMUTUAL BENEFITS MANAGEMENT, INC.; MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; and MASSMUTUAL FINANCIAL GROUP<br><br>Defendants. | ) | C.A. No. 06-266-ML |

**DEFENDANT MASSMUTUAL BENEFITS MANAGEMENT, INC.'S MOTION**
**FOR AN EXTENSION OF TIME**

Defendant MassMutual Benefits Management, Inc. ("Defendant") hereby moves for an extension of time to respond to Plaintiff Teresa Curria's Complaint up to and including November 1, 2006. In support of its Motion, Defendant relies on the accompanying Memorandum of Law.

MASSMUTUAL BENEFITS MANGEMENT, INC.

By its Attorneys,

/s/ Stephen M. Prignano
/s/ Raymond M. Ripple

Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
sprignano@eapdlaw.com
rripple@eapdlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TERESA CURRIA<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS & BLUE SHIELD OF RHODE ISLAND; MASSMUTUAL BENEFITS MANAGEMENT, INC.; MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; and MASSMUTUAL FINANCIAL GROUP<br><br>Defendants. | ) | C.A. No. 06-266-ML |

**DEFENDANT MASSMUTUAL BENEFITS MANAGEMENT, INC.'S MEMORANDUM <u>OF LAW IN SUPPORT OF ITS MOTION FOR AN EXTENSION OF TIME</u>**

Defendant MassMutual Benefits Management, Inc. ("Defendant") submits this Memorandum of Law in support of its Motion for an Extension of Time to Respond to Plaintiff Teresa Curria's ("Plaintiff") Complaint up to an including November 1, 2006.

On October 2, 2006, Plaintiff and Defendant entered into a stipulation, in which the parties agreed that co-defendants Massachusetts Mutual Financial Group and Massachusetts Mutual Life Insurance Company could have up to and including November 1, 2006 in order to respond to Plaintiff's Complaint. However, counsel inadvertently failed to include Defendant as a party to that stipulation, despite the fact that its Notice of Electronic Filing indicated that the stipulation was being filed on behalf of all of the MassMutual Defendants. Defendant's counsel made numerous attempts to contact Plaintiff's counsel, via telephone calls or otherwise, in order to amend the stipulation, but has not received a response as of the date of this Motion. Accordingly, out of an abundance of caution, Defendant MassMutual Benefits Management, Inc.

moves this Court for an extension of time to respond to the Plaintiff's Complaint up to and including November 1, 2006 – the response date provided to the other MassMutual defendants in the stipulation filed on October 2, 2006.

MASSMUTUAL BENEFITS
MANGEMENT, INC.

By its Attorneys,

/s/ Stephen M. Prignano
/s/ Raymond M. Ripple

Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
sprignano@eapdlaw.com
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 31st day of October, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

/s/ Raymond M. Ripple
Raymond M. Ripple