# EXHIBIT A

# DEFINED BENEFIT PLAN SERVICES AGREEMENT

IP 593
Contract No.

This Agreement is made by and between

**Blue Cross & Blue Shield of Rhode Island**
(hereinafter "Plan Sponsor")

and

Massachusetts Mutual Life Insurance Company
1295 State Street
Springfield, Massachusetts 01111
(hereinafter "MassMutual")

This Agreement shall take effect on the date the executed copy of this Agreement is received by MassMutual at the address shown above.

**Conditions to this Agreement**

The following conditions are agreed to by the Plan Sponsor and MassMutual upon the execution and acceptance of this Agreement:

A. MassMutual agrees to perform the services elected by the Plan Sponsor and further described in the Appendix, which is attached and made a part of this Agreement.

B. The Plan Sponsor will supply MassMutual with all required data, in the form necessary, to provide the requested services.

C. MassMutual will provide the services requested on the basis of the information received from the Plan Sponsor without liability for the accuracy or completeness of the provided information.

D. This Services Agreement will remain in effect until modified, in writing, by both parties or terminated, in writing, by either party. Modification will be effected by execution of a similar agreement. Modification or termination of this Agreement will be effective on the date agreed upon in writing by both parties. Any notice of proposed modification or termination by the Plan Sponsor should be sent to MassMutual at its Home Office.

E. The Plan Sponsor acknowledges and stipulates that nothing in this Agreement, stated or implied, shall confer upon or delegate to MassMutual any discretionary authority with respect to the Plan or the administration of the Plan or the assets held by the Plan.

F. Expenses shown in the Agreement are guaranteed for the current calendar year. Expenses may be modified by MassMutual for any future calendar year by mailing written notice to the Plan Sponsor at least 30 days in advance of the effective date of the change.

G. Expenses shown in the Agreement reflect expenses for specific services the Plan Sponsor has selected in addition to those covered in the flat annual expense charge.

H. Services performed by MassMutual do not constitute tax or legal advice. With respect to tax and legal matters, the advice and counsel of an accountant or attorney shall be sought. Material and information provided by MassMutual should be reviewed by the accountant or attorney and adapted, as necessary, to meet the particular needs of the Plan.

**Acceptance**

Plan Sponsor:

Raymond P. L[illegible] | V.P. Human Resources | 5/29/2002
Signature | Title | Date

MassMutual Representative:

Steven LaVally | Second Vice President | 5/31/2001
Signature | Title | Date

Effective Date 6/1/01

APPENDIX

Description of Standard Services

**The following are standard services that will be provided by MassMutual for an annual charge of $0.**

## EMPLOYEE DATA MANAGEMENT SERVICES

- **Full Benefit Statement Service**

Annual benefit statements for participants will be prepared by MassMutual. In addition, the plan administrator will receive an annual report listing the information provided on the benefit statements plus accumulated service credit used for benefit calculations, vesting percentage and early retirement benefits for eligible employees. Data necessary to prepare statements and reports will be provided by the Plan Sponsor.

## COMMUNICATION SERVICES

- **Participant Toll-Free 800 Number/ Internet Access**

MassMutual will provide toll-free calling availability to defined benefit plan participants. Plan participants can dial the 800 number or access an internet address and connect to the Journey, MassMutual's state of the art benefit calculation system. Participants may request benefit estimates and projections at early, normal and deferred retirement dates. The opportunity to model "what-if" scenarios is provided.

## PARTICIPANT BENEFIT SERVICES

- **MassMutual calculates benefits**

Calculations will be provided for employees who terminate from service, die, become disabled, or retire during the year. Any estimated retirement benefits will include the amount of the benefit under the plan's normal benefit form and the amount under other available options. In addition, MassMutual will withhold applicable federal and state income taxes, prepare applicable tax forms, and direct deposit individual benefit payments to the participant's financial institution.

- **415(b) Limitation of Benefit Testing**

MassMutual will perform the necessary tests to ensure that the benefits being paid from the plan do not violate the maximum limits imposed by Section 415(b) of the Internal Revenue Code. Unless MassMutual is notified by the Plan Sponsor, the 415(b) limitation service is performed on the assumption that this defined benefit plan is the only defined benefit plan sponsored by this Plan Sponsor.

- **Participant Communication Services**

A MassMutual representative is available to travel to the plan sponsor's place of business to conduct an employee benefit fair. This service is designed to enhance plan participants' understanding and appreciation of their defined benefit program through meetings and workshops.

**Adjustments to standard pricing will be made for non-standard services. Non-standard services may include, but are not limited to multiple plan scenarios, plan conversion to another product type (e.g. cash balance), services related to mergers, spinoffs, plan and/or contract termination.**