UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TERESA CURRIA,<br>Plaintiff,<br><br>v.<br><br>BLUE CROSS & BLUE SHIELD<br>OF RHODE ISLAND;<br>MASSMUTUAL BENEFITS<br>MANAGEMENT, INC.; MASSACHUSETTS<br>MUTUAL LIFE INSURANCE COMPANY; AND<br>MASSMUTUAL FINANCIAL GROUP<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 06-266-ML |

## ENTRY OF APPEARANCE

Neal J. McNamara hereby enters his appearance on behalf of Defendant Blue Cross & Blue Shield of Rhode Island.

Defendant, Blue Cross, Blue Shield,

By its attorney,

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Nixon Peabody LLP
One Citizens Plaza – 5th Floor
Providence, RI 02903

Dated: November 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and accurate copy of the within Entry of Appearance by regular mail, postage prepaid to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903 and to Stephen Prignano, Esq., Edwards & Angell, One Financial Plaza, Suite 2800, Providence, RI 02903 via electronic mail and regular mail, postage prepaid on this 10th day of November, 2006.

/s/ Neal J. McNamara