UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TERESA CURRIA,<br>Plaintiff,<br><br>v.<br><br>BLUE CROSS & BLUE SHIELD OF RHODE ISLAND; MASSMUTUAL BENEFITS MANAGEMENT, INC.; MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; AND MASSMUTUAL FINANCIAL GROUP<br>Defendants. | ) | C.A. NO. 06-266-ML |

**MOTION OF DEFENDANT BLUE CROSS & BLUE SHIELD OF RHODE ISLAND TO DISMISS THE COMPLAINT**

Defendant Blue Cross & Blue Shield of Rhode Island hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Verified Complaint in its entirety.

In support of its Motion, Defendant relies on the accompanying Memorandum of Law.

Defendant,
BLUE CROSS & BLUE SHIELD
OF RHODE ISLAND,

By its attorney,

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Nixon Peabody LLP
One Citizens Plaza – 5th Floor
Providence, RI 02903

Dated: November 13, 2006

10189791.1

**CERTIFICATE OF SERVICE**

I hereby certify that I served via electronic mail and by regular mail, postage prepaid a true and accurate copy of the within Motion of Defendant Blue Cross & Blue Shield Of Rhode Island's To Dismiss to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903 and to Stephen Prignano, Esq., Edwards & Angell, One Financial Plaza, Suite 2800, Providence, RI 02903 this 13th day of November, 2006.

/s/ Neal J. McNamara