# EXHIBIT A

**BLUE CROSS & BLUE SHIELD OF RHODE ISLAND**
**RETIREMENT PLAN**

**Amendment No. 3 – Window Benefit**

The following embodies the Amendment to the above-titled Plan approved by the Executive Committee of the Board of Directors of Blue Cross & Blue Shield of Rhode Island on May 6, 2003, effective May 6, 2003:

The following is added at the end of Section 5.2, Early Retirement Benefit:

> Also, the Early Retirement Benefit of a Member shall be determined using the percentage shown in Appendix B if the Member satisfies all of the conditions (i), (ii), (iii) and (iv) below. The conditions are that the Member (i) on January 1, 2003 had not both completed twenty-five (25) years of Service and reached his or her fifty-fifth (55th) birthday, (ii) is terminated involuntarily as an Employee of the Corporation in 2003 and accepts an offer of employment from Perot Systems, Inc., (iii) would have by December 31, 2003 both reached his or her fifty-fifth (55th) birthday and completed twenty-five (25) years of Service but for the termination, and (iv) does not terminate Service with Perot Systems, Inc. before the date he or she would have both reached his or her fifty-fifth (55th) birthday and completed twenty-five (25) years of Service but for the termination from the Corporation.

IN WITNESS WHEREOF, the Corporation has caused its duly authorized officer to execute this Amendment on its behalf this 27th day of May 2003.

**BLUE CROSS & BLUE SHIELD OF RHODE ISLAND**

By: [signature]

Its: President and CEO

B1247832.1