# EXHIBIT B

**HEALTH & DENTAL INSURANCE PLANS FOR EMPLOYEES AND RETIREES OF BLUE CROSS & BLUE SHIELD OF RHODE ISLAND AND COORDINATED HEALTH PARTNERS, INC.**

**Amendment Regarding 2003 Window Benefit**

WHEREAS, the above-titled Plan provides that certain Employees hired before January 1, 1992 (and their spouses) are eligible for post-retirement or disability group health insurance;

WHEREAS, the contribution rate for eligible Employees and spouses is determined based upon years of service with Blue Cross & Blue Shield of Rhode Island (the "Corporation"); and

WHEREAS, the Corporation desires to provide a window benefit for certain employees who terminate employment from the Corporation in connection with a transfer of employment to Perot Systems, Inc. in 2003.

NOW THEREFORE, the Corporation hereby amends said Plan to provide that an Employee who accepts employment with Perot Systems, Inc., who would have been eligible for retiree health benefits by December 31, 2003 but for such Employee's termination of employment from the Corporation in connection with his or her transfer of employment to Perot Systems, Inc., and who satisfies all of the conditions (i), (ii), (iii) and (iv) below shall be credited for his or her service with Perot Systems, Inc. through December 31, 2003 for purposes of determining his or her eligibility and contribution rate for post-retirement or disability group health insurance under said Plan The conditions are that the Employee:

(i) on January 1, 2003 had not both completed twenty-five (25) years of Service and reached his or her fifty-fifth (55th) birthday,

(ii) is terminated involuntarily as an Employee of the Corporation in 2003 and accepts an offer of employment from Perot Systems, Inc.,

(iii) would have by December 31 , 2003 both reached his or her fifty-fifth (55th) birthday and completed twenty-five (25) years of Service but for the termination, and

(iv) does not terminate service with Perot Systems, Inc. before the date he or she would have both reached his or her fifty-fifth (55) birthday and completed twenty-five (25) years of Service with the Corporation but for the termination from the Corporation.

Any such Employee shall be eligible for the benefit under said Plan provided by this Amendment at any time after he or she both irrevocably elects to commence receiving pension benefits under the Blue Cross & Blue Shield Retirement Plan and files with the Corporation written irrevocable election to commence retiree health benefits (without regard to whether he or she is then employed by Perot Systems, Inc). The contribution rate

for any Employees (and eligible spouses) who become eligible under this Amendment shall be determined in accordance with the Plan as in effect from time-to-time.

Notwithstanding this Amendment, said Plan, including but not limited to the benefits provided hereunder, may be further amended or terminated by the Corporation at any time before or after the retirement of an affected Employee.

IN WITNESS WHEREOF, the Corporation has caused its duly authorized officer to execute this Amendment on its behalf this 27th day of May 2003.

**BLUE CROSS & BLUE SHIELD OF RHODE ISLAND**

By: [signature]

Its: President and CEO