UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TERESA CURRIA,
Plaintiff

v.

C.A. No. 06-266 ML

BLUE CROSS BLUE SHIELD OF RHODE ISLAND;
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY;
MASSMUTUAL BENEFITS MANAGEMENT, INC.; &
MASSMUTUAL FINANCIAL GROUP
Defendants

**STIPULATION TO EXTEND DATE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS MASSMUTUAL BENEFITS MANAGEMENT, INC.; MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; AND MASSMUTUAL FINANCIAL GROUP'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Plaintiff and Defendants, by and through their respective undersigned counsel, hereby stipulate and agree, with the Court's approval, to extend the date for the filing of the Plaintiff's response to Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted from November 17, 2006 until December 8, 2006.

STIPULATED AND AGREED TO:

PLAINTIFF TERESA CURRIA

By her attorney,
/s/ Stephen T. Fanning
Stephen T. Fanning, Esq. (#3900)
ATTORNEY AT LAW
305 South Main Street
Providence, RI 02903
(401) 272-8250
(401) 272-4520 (fax)
stephenfanning@msn.com

DEFENDANTS MassMutual Life Insurance Co.; MassMutual Benefits Mngt., Inc.; MassMutual Financial Group:

By their attorney,
/s/ Stephen M. Prignano
Steven Prignano (#3649)
Edwards Angell Palmer & Dodge
2800 Financial Plaza
Providence, RI 02903
401-272-9200
401-276-6611 fax
sprignano@eapdlaw.com

CERTIFICATION

I hereby certify that a copy of the foregoing was sent via email and regular 1st class mail to Stephen Prignano, Esq. at Edwards Angell Palmer & Dodge, 2800 Financial Plaza, Providence, RI 02903 on this 17th day of November 2006.

Stephen Fanning