**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TERESA CURRIA,
Plaintiff

v.

C.A. No. 06-266 ML

BLUE CROSS & BLUE SHIELD OF RHODE ISLAND; MASSMUTUAL BENEFITS MANAGEMENT, INC.; MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; AND MASSMUTUAL FINANCIAL GROUP
Defendant

**STIPULATION TO EXTEND DATE FOR PLAINTIFF'S OBJECTION AND OPPOSITION TO DEFENDANT BLUE CROSS & BLUE SHIELD OF RHODE ISLAND'S MOTION TO DISMISS**

Plaintiff and Defendant, by and through their respective undersigned counsel, hereby stipulate and agree, with the Court's approval, to extend the date for the filing of the Plaintiff's objection and opposition to the Defendant's Motion to Dismiss from November 30, 2006 until December 18, 2006.

STIPULATED AND AGREED TO:

PLAINTIFF TERESA CURRIA

By her attorney,
/s/ Stephen T. Fanning
Stephen T. Fanning, Esq. (#3900)
ATTORNEY AT LAW
305 South Main Street
Providence, RI 02903
(401) 272-8250
(401) 272-4520 (fax)
stephenfanning@msn.com

DEFENDANT BLUE CROSS & BLUE
BLUE SHIELD OF RHODE ISLAND

By their attorney,
/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Nixon Peabody LLP
One Citizens Plaza
5th Floor
Providence, RI 02903
401-454-1019

CERTIFICATION

I hereby certify that a copy of the foregoing was sent via email and regular 1st class mail to Neal J. McNamara, Counsel to Defendant, Nixon Peabody LLP, One Citizens Plaza 5th Floor, Providence, RI 02903.

Stephen Fanning