**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TERESA CURRIA,
Plaintiff

v. C.A. No. 06-266 ML

BLUE CROSS & BLUE SHIELD OF RHODE ISLAND;
MASSMUTUAL BENEFITS MANAGEMENT, INC.;
MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY; AND MASSMUTUAL FINANCIAL
GROUP
Defendants

**STIPULATION TO EXTEND DATE FOR PLAINTIFF'S OBJECTION AND OPPOSITION TO DEFENDANT BLUE CROSS AND BLUE SHIELD OF RHODE ISLAND'S MOTION TO DISMISS**

Plaintiff and Defendant, by and through their respective undersigned counsel, hereby stipulate and agree, with the Court's approval, to extend the date for the filing of the Plaintiff's objection and opposition to the Defendant's Motion to Dismiss from Monday, December 18, 2006 until Friday, December 22, 2006.

STIPULATED AND AGREED TO:
PLAINTIFF TERESA CURRIA

By her attorney,
/s/ Stephen T. Fanning
Stephen T. Fanning, Esq. (#3900)
305 South Main Street
Providence, RI 02903
401-272-82504/401-272-4520 fax

stephenfanning@msn.com

DEFENDANT BLUE CROSS &
BLUE SHIELD OF RI
By their attorney,
/s/ Neal J. McNamara
Neal J. McNamara, Esq. (#4249)
Nixon Peabody LLP
One Citizens Plaza, 5th Fl
Providence, RI 02903
401-454-1000/401-454-1030 fax
nmcnamara@nixonpeabody.com

**Certification**

I hereby certify that a true and accurate copy of the above was served on counsel for the Defendant, Neal J. McNamara, Nixon Peabody LLP, One Citizens Plaza, 5th Fl, Providence, RI 02903 by electronic mail on this 15th day of December 2006.

/s/Stephen Fanning