UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TERESA CURRIA,
Plaintiff

v. C.A. No. 06-266 ML

BLUE CROSS BLUE SHIELD OF RHODE ISLAND;
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY;
MASSMUTUAL BENEFITS MANAGEMENT, INC.; &
MASSMUTUAL FINANCIAL GROUP
Defendants

**STIPULATION TO EXTEND DATE FOR PLAINTIFF'S OPPOSITION AND OBJECTION TO DEFENDANTS MASSMUTUAL BENEFITS MANAGEMENT, INC.; MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; AND MASSMUTUAL FINANCIAL GROUP'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Plaintiff and Defendants, by and through their respective undersigned counsel, hereby stipulate and agree, with the Court's approval, to extend the date for the filing of the Plaintiff's response to the Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted from Wednesday, December 20, 2006 until Monday, January 8, 2006. The Parties have agreed to this stipulation to extend time on the basis that the Plaintiff's counsel is continuing his recuperation from eye surgery.

STIPULATED AND AGREED TO:

PLAINTIFF TERESA CURRIA

By her attorney,
/s/ Stephen T. Fanning
Stephen T. Fanning, Esq. (#3900)
ATTORNEY AT LAW
305 South Main Street
Providence, RI 02903

DEFENDANTS MassMutual Life Insurance Co.; MassMutual Benefits Mngt., Inc.; MassMutual Financial Group:

By their attorney,
/s/ Stephen M. Prignano
Steven Prignano (#3649)
Edwards Angell Palmer & Dodge
2800 Financial Plaza
Providence, RI 02903

(401) 272-8250
(401) 272-4520 (fax)
stephenfanning@msn.com

401-272-9200
401-276-6611 fax
sprignano@eapdlaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via email and regular 1st class mail to Stephen Prignano, Esq. at Edwards Angell Palmer & Dodge, 2800 Financial Plaza, Providence, RI 02903 on this 18th day of December 2006.

/s/ Stephen T. Fanning