UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TERESA CURRIA | : | |
| | : | |
| v. | : | C.A. No. 06-266ML |
| | : | |
| BLUE CROSS & BLUE SHIELD | : | |
| OF RHODE ISLAND, et al. | : | |

**ORDER**

This matter is presently before the Court on Defendants' Motions to Dismiss (Document Nos. 10 and 12) filed pursuant to Fed. R. Civ. P. 12(b)(6). These Motions have been referred to me for preliminary review, findings and recommended disposition. See 28 U.S.C. § 636(b)(1)(B); LR Cv 72. A hearing was held on February 15, 2007, and the Motions were taken under advisement.

At the conclusion of the hearing, Plaintiff's counsel represented to the Court that he was "working on an Amended Complaint" and would "likely file a Motion to Amend." However, to date, Plaintiff has neither filed an amended complaint nor moved to amend. In order to move this case forward in an efficient fashion, the Court makes the following Orders:

1. If Plaintiff is going to amend her Complaint, Plaintiff shall file her Amended Complaint by March 9, 2007 (see Dartmouth Review v. Dartmouth Coll., 889 F.2d 13, 22 (1st Cir. 1989));

2. If Plaintiff files an Amended Complaint, each Defendant shall, by March 19, 2007, either (a) supplement its pending Motion to Dismiss and press it as to the Amended Complaint; or (b) Answer the Amended Complaint[1];

---

[1] If an Amended Complaint is filed and either Defendant chooses to Answer such pleading, its Motion to Dismiss will be denied as moot.

3. If Plaintiff does not file an Amended Complaint by March 9, 2007, the Court will move forward and issue its Report and Recommendation as to the pending Motions to Dismiss the Complaint.

SO ORDERED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
February 23, 2007