UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TERESA CURRIA,
Plaintiff,

v. C.A. NO. 06-266 ML

BLUE CROSS & BLUE SHIELD OF RHODE ISLAND; MASSMUTUAL BENEFITS MANAGEMENT, INC.; MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; AND MASSMUTUAL FINANCIAL GROUP,
Defendants.

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and between the undersigned that the above-captioned matter is dismissed with prejudice, each party to bear its own costs.

PLAINTIFF,
TERESA CURRIA

By her Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning (#3900)
305 South Main Street
Providence, RI 02903
(401) 272-8250
(401) 272-4250 (Fax)
stephenfanning@msn.com

DEFENDANTS,
BLUE CROSS & BLUE SHIELD
OF RHODE ISLAND,

By Their Attorneys,

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
nmcnamara@nixonpeabody.com

DEFENDANTS,
MASSMUTUAL LIFE INSURANCE CO.; MASSMUTUAL BENEFITS MNGT; INC.
MASSMUTUAL FINANCIAL GROUP;

/s/Stephen M. Prignano
Stephen M. Prignano (#3649)
Edwards Angell Palmer & Dodge
2800 Financial Plaza
Providence, RI 02903
(401) 272-9200
(401) 276-6611
sprignano@eapdlaw.com
Dated: May 24, 2007

10347191.1